# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARP,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.  1:14-cv-00349-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

On October 27, 2014, Plaintiff filed a stipulation requesting an extension of time to file his opening brief.  Pursuant to the stipulation, Plaintiff shall file his opening brief on or before November 30, 2014.  This request is granted, and the scheduling order is modified as follows:

1. Plaintiff's opening brief shall be filed on or before November 30, 2014;

2. Commissioner's responsive brief shall be filed on or before December 31, 2014; and

3. Plaintiff may file a reply brief on or before January 15, 2015.

IT IS SO ORDERED.

Dated:   **October 30, 2014**

UNITED STATES MAGISTRATE JUDGE

1