# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARP,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:14-cv-00349-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>ECF NO. 16 |

On November 24, 2014, Plaintiff filed a stipulation requesting an extension of time to file his opening brief.  Pursuant to the stipulation, Plaintiff shall file his opening brief on or before December 16, 2014.  This request is granted, however no further extensions of time will be entertained by the Court absent a detailed showing of extraordinary good cause.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before December 16, 2014;

2. Commissioner's responsive brief shall be filed on or before January 15, 2015; and

3. Plaintiff may file a reply brief on or before January 29, 2015.

IT IS SO ORDERED.

Dated:   **November 25, 2014**

UNITED STATES MAGISTRATE JUDGE

1