UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN HARP,<br><br>         Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.: 1:14-cv-00349-SAB<br><br>ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to the opening brief shall be filed on or before February 18, 2015; and

2. Plaintiff's reply shall be filed on or before March 6, 2015.

IT IS SO ORDERED.

Dated:   **January 14, 2015**   _____

UNITED STATES MAGISTRATE JUDGE