JACQUELINE A. FORSLUND   CSBN 154575
Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA  98383

Telephone:    541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARP,<br><br>          Plaintiff,<br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>          Defendant, | Case No. 1:14-cv-00349 SAB<br><br>**STIPULATION AND<br>ORDER FOR EAJA FEES** |

  IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SIX THOUSAND dollars and ZERO cents ($6,000.00).  This amount represents compensation for all legal services rendered on behalf of plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

  After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

**Harp v. Colvin**                                                                              **Stipulation and Order for EAJA**
**E.D. Cal. 1:14-cv-00349-SAB**

      If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under <u>Astrue v. Ratcliff</u>, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney, and the check for costs shall be made payable to Plaintiff.  The parties agree that whether these checks are made payable to Plaintiff or Dellert Baird Law Offices, PLLC, such checks shall be mailed to Plaintiff's attorney at the following address:  Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA  98383.

                                           Respectfully submitted,

Date:  July 14, 2015                  JACQUELINE A. FORSLUND
                                          Attorney at Law

                                         <u>*/s/Jacqueline A. Forslund*</u>
                                         JACQUELINE A. FORSLUND
                                         Attorney for Plaintiff

Date:  July 15, 2015                  BENJAMIN WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                         <u>*/s/*Kevin Gill*</u>
                                         KEVIN GILL
                                         Special Assistant United States Attorney
                                         *By email authorization
                                         Attorney for Defendant

                                         <u>ORDER</u>

IT IS SO ORDERED.

Dated:  **July 16, 2015**                          _____
                                                     UNITED STATES MAGISTRATE JUDGE